UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:
PAUL SZOSTEK                        CHAPTER 13
JULIE SZOSTEK                    CASE NO. 16-50027-MAR
     Debtor                         Hon Mark Randon
_____/

**AMENDED DEBTORS CHAPTER 13 CONFIRMATION HEARING CERTIFICATE**

At the next confirmation hearing in this case, the debtor intends to:

3. __X__ Request an adjournment of the confirmation hearing to __November 16, 2016 at 10:00 am__ due to the following good cause: Debtor needs additional time to resolve Trustee objections.


Dated: __October 4, 2016__

                                       /s/ Joseph L. Bernwanger
                                       Joseph L. Bernwanger (P71895)
                                       Attorney for Debtor
                                       Frego & Associates – The Bankruptcy Law Office, PLC
                                       23843 Joy Rd.
                                       Dearborn Heights, MI 48127
                                       (313) 724-5088
                                       fregolaw@aol.com


UNITED STATES BANKRUPTCY COURT